

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 28 SHEET METAL WORKERS on behalf of themselves and other similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY<br><br>Defendant | CIVIL ACTION NO. 06-cv-0021 |

[Handwritten annotation: Motion granted as of January 24, 2006, subject to objection filed before that by any party. So ordered.
s/Jack Weinstein
2/9/06]

## PLAINTIFF'S MOTION TO UNSEAL THE CAPTIONED MATTER

Plaintiff, by its attorneys, respectfully moves that the above captioned matter be unsealed and that the Redacted Complaint be filed under seal. The reasons are as follows:

This action is related to In re Zyprexa Products Liability Litigation, MDL No. 1596 (Weinstein, J.) ("Zyprexa MDL").

In the Zyprexa MDL, Defendant Eli Lilly and Company has produced certain documents, designated by Defendant as "Confidential Discovery Materials", to Plaintiffs. These documents have been reviewed by Plaintiffs' counsel, who are also counsel herein, and the contents of some such documents have formed the basis for the Complaint in this case.

On December 28, 2005, this office filed two versions of the Complaint and Demand for Jury Trial. The first was entitled "Redacted Version Filed With the Court Pursuant to Case Management Order No. 3, Paragraph 12 entered in In Re Zyprexa Products Liability Litigation, MDL No. 1596 (Weinstein, J.)" ("Redacted Version") and the second entitled "Unredacted

Version Filed Under Seal Pursuant to Case Management Order No. 3, Paragraph 12 Entered in *In Re Zyprexa Products Liability Litigation*, MDL No. 1596 (Weinstein, J.)" ("Unredacted Version").

At the same time the Complaint was filed, this office also filed an Application for Leave to File Document Under Seal and a Motion to File Document Under Seal. This request was submitted to comply with the Case Management Order and to ensure the Unredacted Version was kept under seal and not open to public disclosure. However, the Court has designated the entire case be kept under seal. In filing the Redacted Version, Plaintiff has complied with the Case Management Order ensuring that information designated by the Defendant as confidential remain confidential.

For the foregoing reasons, Plaintiff respectfully requests this Court unseal the captioned case and post the Redacted Version of the Complaint on ECF and maintain the sealed designation with respect to the Unredacted Version of the Complaint.

Dated: February 1, 2006

_____
David S. Nalven, DN-2374
Thomas M. Sobol (*pro hac* motion forthcoming)
Lauren G. Barnes (*pro hac* motion forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

Jason Thompson (*pro hac* motion forthcoming)
Ann Mandt (*pro hac* motion forthcoming)
**CHARFOOS & CHRISTENSEN, P.C.**
5510 Woodward Avenue
Detroit, Mi 48202
Telephone: (313) 875-8080

Ronald Goldser (*pro hac* motion forthcoming)
Timothy Becker (*pro hac* motion forthcoming)
**ZIMMERMAN REED**
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone; (612) 341-0400

**ATTORNEYS FOR PLAINTIFFS**



**HAGENS BERMAN
SOBOL SHAPIRO LLP**
ONE MAIN STREET • CAMBRIDGE, MASSACHUSETTS 02142
TELEPHONE: (617) 482-3700 • FACSIMILE: (617) 482-3003

# FACSIMILE COVER SHEET

Date: February 9, 2005
Pages: 4 (including this cover)

*From:*

Tiffani Sala

*To:*

| Name: | Company: | Fax No.: |
|---|---|---|
| **June Lowe** | **Honorable Judge Weinstein Chambers** | (718) 613-2527 |

*RE:*  Local 28 Sheet Metal Workers, et al., v. Eli Lilly and Company
Case Number 06-cv-0021

*MESSAGE:*

Ms. Lowe – per our conversation of Friday, January 27, 2006, please find attached a Motion to Unseal Captioned Matter relative to the above mentioned action. Please contact me directly with any questions (617) 475-1951. Thank you for your assistance, and patience, in this regard.

Urgent! Deliver Immediately.

Please call (617) 482-3700 if you do not receive all of these pages or if there is a problem.

The information contained in this facsimile is confidential and may also be attorney-privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by a collect telephone call to (617) 482-3700, and return the original message to us at the address above via the US Postal Service. Thank you.

A LIMITED LIABILITY PARTNERSHIP