**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 27 2011 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE ZYPREXA PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

04-MD-1596

**ORDER**

**JACK B. WEINSTEIN, Senior United States District Judge:**

1.      The court's docket sheet shows that sixty-five cases in this multi-district litigation are still open. Reports of individual cases and motions pending, as well as communications from the parties, indicate that the number of open cases is far less than this.

2.      On February 15, 2011, the court issued two case management orders addressing the timeline for completing discovery and making any dispositive motions for all cases listed in the orders (the "Case Management Orders"). Case Management Order No. 37 concerned cases brought by represented parties. It stated that fact discovery was to be completed by May 2, 2011, Eli Lilly and Company's ("Lilly's") expert reports were to be served no later than June 1, 2011, deposition of all experts was to be completed by July 2, 2011, and all *Daubert* and dispositive motions are to be filed no later than August 1, 2011. Case Management Order No. 38 concerned cases brought *pro se*. It stated that discovery was to be completed within 60 days of plaintiff's submission of a Plaintiff's Fact Sheet, which was itself due within 30 days of plaintiff's receipt of notification of the Order.

3.      Of the cases listed in the Case Management Orders (or transferred into this court contemporaneously with the issuance of those orders), the following cases have a pending



motion to dismiss, motion for summary judgment or motion for extension of time to complete

discovery:

| | | |
|---|---|---|
| Thomas Bryan Steed v. Eli Lilly and Company | : | No. 10-cv-2083 |
| Roddy v. Eli Lilly and Company | : | No. 11-cv-0694 |
| Teresa Chapman in Pamela Brotherton v. Eli Lilly and Company | : | No. 05-cv-4692 |
| Joseph Scott Dagliano v. Eli Lilly and Company | : | No. 07-cv-2199 |
| Fred Harris v. Eli Lilly and Company | : | No. 06-cv-3481 |
| Arthur McElroy v. Eli Lilly and Company | : | No. 06-cv-5763 |

4.     The following cases listed in the Case Management Orders do not currently have

any motions pending before this court:

| | | |
|---|---|---|
| Larry Darden v. Eli Lilly and Company | : | No. 10-cv-3646 |
| Molly Gurovitsch v. Eli Lilly and Company | : | No. 08-cv-1408 |
| William Makupson v. Eli Lilly and Company | : | No. 05-cv-0413 |
| Lorenzo McKenzie v. Eli Lilly and Company | : | No. 10-cv-2804 |
| George Meyers v. Eli Lilly and Company | : | No. 08-cv-5247 |
| Michael Murphy v. Eli Lilly and Company | : | No. 10-cv-5932 |
| Miriam Pascal v. Eli Lilly and Company | : | No. 08-cv-1955 |
| Richard Rogart v. Eli Lilly and Company | : | No. 06-cv-2600 |
| Allen D. Stallard v. Eli Lilly and Company | : | No. 10-cv-2803 |
| Kathy Bergman v. Eli Lilly and Company | : | No. 04-cv-4074 |
| Mirtha Gandara v. Eli Lilly and Company | : | No. 09-cv-4944 |
| Frederick Greaves v. Eli Lilly and Company | : | No. 09-cv-4970 |
| Barry McClamrock  v. Eli Lilly and Company | : | No. 04-cv-2317 |
| Heather Mendez v. Eli Lilly and Company | : | No. 10-cv-5931 |
| Fawnda Murphy v. Eli Lilly and Company | : | No. 10-cv-5932 |
| Linda Rutledge v. Eli Lilly and Company | : | No. 10-cv-3705 |
| Donna L. Shahin v. Eli Lilly and Company | : | No. 08-cv-0576 |
| Harvey Short v. Eli Lilly and Company | : | No. 11-cv-0074 |
| Arthur R. Swaney, II v. Eli Lilly and Company | : | No. 11-cv-0075 |
| David Alan Terry, Sr. v. Eli Lilly and Company | : | No. 06-cv-1469 |

5.     The following cases were not listed in either of the Case Management Orders:

| | | |
|---|---|---|
| Robert J. Martin v. Eli Lilly and Company | : | No. 04-cv-2317 |
| Stephanie Salazar v. Eli Lilly and Company | : | No. 05-cv-2792 |
| Franklin Dee Allen, Jr. v. Eli Lilly and Company | : | No. 05-cv-3149 |
| Gertie J. Markham v. Eli Lilly and Company | : | No. 05-cv-4038 |
| Mary Norwood v. Eli Lilly and Company | : | No. 05-cv-4695 |
| Kenneth R. Wrinkle v. Eli Lilly and Company | : | No. 06-cv-1958 |

| | | |
|---|---|---|
| Darrin Gove in Yolanda Chavez v. Eli Lilly and Company | : | No. 06-cv-2592 |
| Billie James Thompson, Sr. et al. v. Eli Lilly and Company | : | No. 06-cv-2601 |
| Tynesha Belcher et al. v. v. Eli Lilly and Company | : | No. 06-cv-2782 |
| Billy Geaslin v. Eli Lilly and Company | : | No. 06-cv-3484 |
| Barbara Quick v. Eli Lilly and Company | : | No. 06-cv-3485 |
| Don Otto v. Eli Lilly and Company | : | No. 06-cv-3486 |
| Donald Honse v. Eli Lilly and Company | : | No. 06-cv-3487 |
| Gary Polansky v. Eli Lilly and Company | : | No. 06-cv-3489 |
| Beverly Baker v. Eli Lilly and Company | : | No. 06-cv-3490 |
| Kimberly Johnson v. Eli Lilly and Company | : | No.06-cv-4216 |
| Susan Leverett v. Eli Lilly and Company | : | No. 06-cv-4627 |
| Alyce Damon et al. v. Eli Lilly and Company | : | No. 06-cv-4639 |
| Alkim Billups v. Eli Lilly and Company | : | No. 07-cv-0114 |
| Beverly Walls v. Eli Lilly and Company | : | No. 07-cv-2116 |
| Glenn Teague et al. v. Eli Lilly and Company | : | No. 07-cv-3377 |
| Suzanne Wallace v. Eli Lilly and Company | : | No. 07-cv-3916 |
| Steven Rogers v. Eli Lilly and Company | : | No. 07-cv-4232 |
| Charles Sexton et al. v. Eli Lilly and Company | : | No. 07-cv4507 |
| Beverly Baker et al. v. Eli Lilly and Company | : | No. 07-cv-5436 |
| Mark Alton et al. v. Eli Lilly and Company | : | No. 07-cv-5437 |
| Donald Shans v. Eli Lilly and Company | : | No. 08-cv-4679 |
| Betty Lou Hughes v. Eli Lilly and Company | : | No. 08-cv-4680 |
| Alice Collins v. Eli Lilly and Company | : | No. 09-cv-0433 |
| Charles Butler v. Eli Lilly and Company | : | No. 09-cv-0840 |
| Scott J. Beck in Jon K. Bartlett v. Eli Lilly and Company | : | No. 09-cv-1005 |
| John W. Frey v. Eli Lilly and Company | : | No. 09-cv-1006 |
| James Richard Cunningham v. Eli Lilly and Company | : | No. 09-cv1012 |
| Bruce Jimenez v. Eli Lilly and Company | : | No. 10-cv-5794 |
| Raghib Waheed v. Eli Lilly and Company | : | No. 11-cv-0693 |
| Tyrone Davis v. Eli Lilly and Company | : | No. 11-cv-1672 |
| Jean Alix v. Eli Lilly and Company | : | No. 11-cv-1456 |

6.      Except for cases listed in ¶ 3, the court will assume that all cases listed above should be marked closed for all purposes. They will be so marked as closed on August 22, 2011 unless, for any individual case listed in ¶¶ 4 and 5, the attorney for the plaintiff or defendant, or the plaintiff in *pro se* cases, by written communication with the court, asks that the case be

retained on the open docket sheet of the court. Those cases not marked as closed pursuant to this order or currently scheduled for a hearing on a pending motion are set down for a conference on Friday, September 16, 2011 at 10 A.M. Parties may participate by telephone; arrangements to do so may be made by calling June Lowe, Courtroom Deputy, at (718) 613-2525. Should there be a substantial number of cases scheduled to be heard on September 16, 2011, Ms. Lowe will set a specific time for each case to be heard.

7.      In addition, the following cases have been dismissed against Lilly, but remain open against other defendants:

| | | |
|---|---|---|
| Corrine Scott v. Eli Lilly and Company | : | No. 06-cv-5116 |
| Kimberly J. Johnson et al. v. Fermo et al. | : | No. 07-cv-2459 |

As to these cases, the court will entertain motions to dismiss for failure to prosecute or for other reasons, to recommend transfer by the Multidistrict Panel, or for other relief. Failure to notify the court will result in dismissal for failure to prosecute.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   July 26, 2011
        Brooklyn, New York

4